

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file Reply Brief is hereby GRANTED. The Appellant's Reply Brief is due July 29, 2015. No further extensions of time will be granted.

It is so **ORDERED** on July 21, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court